PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: HODGE Jr., David L.　　　　　　　　　　Cr.: 10-00289-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 9962

Name of Sentencing Judicial Officer: Peter G. Sheridan, U.S.D.J.

Date of Original Sentence: 03/14/95

Original Offense: Murder

Original Sentence: 210 months imprisonment; 5 years supervised release; $5,000.00 fine; $2,928.56 restitution; $50.00 special assessment. Special conditions: 1) financial disclosure; 2) no new debt; 3) drug and alcohol testing/treatment; and 4) submit to search and seizure.

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 07/24/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Hodge violated the special drug urinalysis/treatment condition.<br><br>On January 11, 2010, Hodge submitted a urine specimen which tested positive for marijuana. Upon questioning, he admitted to using the substance alone on three occasions within January and accepted responsibility for this conduct. |

U.S. Probation Officer Action: Probation will present this document to Hodge as a formal reprimand issued under the authority of the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 04/27/10

[X] U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.

_____
Signature of Judicial Officer

May 3, 2010
Date